UNITED STATES DISTRICT COURT

For the

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. : Case No. 3:19-mj-04556-LHG

ERIC YARBROUGH

ORDER

This matter having been opened to the Court on application of Defendant Eric Yarbrough, by his attorney, Gilbert J. Scutti, Esquire, and it having been represented to the Court that neither Pretrial Services nor the U.S. Attorney's Office is opposed to said application, it is hereby Ordered that:

Defendant Eric Yarbrough is granted permission to leave Toler House in Newark, New Jersey on Thursday, November 28, 2019 at 10 a.m. to travel to (and only to) 560 Beachway Avenue, Keanesburg, New Jersey, provided that Eric Yarbrough shall return to Toler House in Newark on the same date no later than 8 p.m.

Dated: 11/26/2019

BY THE COURT

_____ M.J.